IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| LAWRENCE WHITE, | ) | Civil Action No. 2: 17-cv-1460 |
|---|---|---|
| Petitioner, | ) | United States Chief Judge |
| | ) | Joy Flowers Conti |
| v. | ) | |
| SUPERINTENDENT CLARK and the DISTRICT ATTORNEY OF ALLEGHENY COUNTY, | ) | |
| Respondents. | ) | |

## ORDER

**AND NOW**, this 12th day of April, 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, the Motion to Dismiss (ECF No. 8) is **GRANTED** and the Petition for Writ of Habeas Corpus filed by petitioner Lawrence White (ECF No. 4) is **DISMISSED** with prejudice as untimely filed.

It is **FURTHER ORDERED** that a certificate of appealability is **DENIED**.

The Report and Recommendation filed on February 20, 2018 (ECF No. 17) is **ADOPTED**, as supplemented by the accompanying memorandum opinion, as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s/ Joy Flowers Conti

Joy Flowers Conti
                                                                Chief United States District Judge

cc:     LAWRENCE WHITE
        MV-3538
        SCI Albion
        10745, Route 18
        Albion, PA 16475-0002
        (via U.S. First Class Mail)

        Rusheen R. Pettit
        Office of the District Attorney
        (via ECF electronic notification)